4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

VIOLATIONS: 18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(a)(2)

ROBERTO THOMAS,

Defendant.

Case: 2:22-cr-20109
Judge: Edmunds, Nancy G.
MJ: Stafford, Elizabeth A.
Filed: 03-01-2022 At 04:06 PM
INDI USA V ROBERTO THOMAS (SS)

/

INDICTMENT

The Grand Jury charges that:

COUNTS ONE THROUGH THREE
(18 U.S.C. § 922(a)(6) – *false statement during purchase of a firearm*)

On or about the dates set forth below, in the Eastern District of Michigan, the defendant, ROBERTO THOMAS, in connection with the acquisition of the firearms identified below, from the below identified dealers, who are licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code (dealers), knowingly made a false and fictitious written statement to the dealers, which statement was intended to deceive those dealers, as to a fact material to the lawfulness of such sale of said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transactions Record, to the effect that he was the

1

actual buyer of the firearm indicated on the form 4473, when in fact as the defendant then knew, he was not the actual buyer of the firearm as described below, as to each count, and each count constituting a separate count of the indictment:

| Count | Date of Purchase | Description of Firearm | Licensed Firearm Dealer |
|---|---|---|---|
| Count 1 | January 28, 2021 | Smith & Wesson 9mm caliber pistol, model M&P9 Shield | Double Action INDOOR SHOOTNG CENTER |
| Count 2 | December 15, 2020 | Taurus 40 caliber pistol, model G2S | CC COINS LLC |
| Count 3 | August 5, 2020 | Smith & Wesson, 9mm caliber, model M&P9 M2.0 | Nicolette's Gun's Inc., d/b/a TARGET SPORTS |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

As a result of the forgoing violations of Title 18, United States Code, Section 922(a)(6), as set forth in Counts One through Three of this Indictment, the defendant shall forfeit to the United States any firearms and ammunition involved in or used in

the knowing commission of the offenses, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**THIS IS A TRUE BILL.**

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney


*s/ Benjamin C. Coats*
BENJAMIN C. COATS
Chief, General Crimes Unit


*s/ Rosemary Wummel Gardey*
ROSEMARY WUMMEL GARDEY
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan  48226-3220
phone:  313-226-0285
email:  rosemary.gardey@usdoj.gov

Dated:  March 1, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case C | Case: 2:22-cr-20109<br>Judge: Edmunds, Nancy G.<br>MJ: Stafford, Elizabeth A.<br>Filed: 03-01-2022 At 04:06 PM<br>INDI USA V ROBERTO THOMAS (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

## Companion Case Information

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: _RWG_ |

**Case Title:** USA v. Roberto Thomas

**County where offense occurred:** Wayne and Oakland

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
_✓_Indictment/____Information --- based upon prior complaint [Case number: 22-mj-30083   ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 1, 2022
Date

*Rosemary Wummel Gardey* (signature)
Rosemary Wummel Gardey
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-0285
Fax:    313-226-2372
E-Mail address: rosemary.gardey@usdoj.gov
Attorney Bar #: P49019

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.